# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CALLPOD, INC. | § | |
| | § | |
| v. | § | Case No. 2:11-CV-326-JRG-RSP |
| | § | |
| T TECHNOLOGY, INC., et al. | § | |

## ORDER

A *Markman* hearing is set for December 13, 2012. The parties have filed their claim construction briefs, and request that the Court construe 24 separate claim terms drawn from a single patent. Given that 24 claim terms cannot be reasonably argued at a single hearing, and the Court's concern that there may not be a legitimate claim construction dispute for all 24 claim terms, the Court orders that:

1. The parties meet and confer to select the ten most important claim terms, and file a joint notice identifying the selected claim terms. The Court intends to hear argument on the selected terms at the *Markman* hearing.

2. For any remaining claim term that a party believes requires construction, the party must provide a written explanation of the material claim construction dispute that exists. For example, the party must explain how a product infringes or does not infringe under a particular construction or explain how a prior art reference invalidates or does not invalidate an asserted claim under a particular construction.

3. The parties must be prepared to discuss the remaining terms after the first ten terms are argued at the *Markman* hearing. The Court will then set a schedule for any additional hearings that may be appropriate.

**SIGNED this 4th day of December, 2012.**

                                      ROY S. PAYNE
                                      UNITED STATES MAGISTRATE JUDGE