**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **CALLPOD, INC.** *Plaintiff*, v. **T TECHNOLOGY, INC., GN NETCOM A/S, GN NETCOM, INC., AND HELLO DIRECT, INC.** *Defendants.* | **CIVIL NO. 2:11-CV-00326 (JRG)** **JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT FOLLOWING CLAIM CONSTRUCTION ORDER

Pursuant to this Court's Order Granting Joint Motion For Stay (Dkt. 125), the parties submit this joint status report regarding the effect of this Court's Claim Construction Order. On July 22, 2013, this Court issued its Claim Construction Memorandum and Order. (Dkt. 130.) Plaintiff contends that it cannot prove infringement under this Court's construction of "an antenna of the first local wireless interface, the second local wireless interface, and the third local wireless interface." Defendants contend that Plaintiff cannot prove infringement under at least this Court's construction of "an antenna of the first local wireless interface, the second local wireless interface, and the third local wireless interface." Therefore, the parties intend to file a joint motion for entry of judgment of non-infringement, an award of costs to defendant (the amount of which to be determined and payment of which to be stayed pending the outcome of any appeals), and dismissal of Defendant's counterclaims without prejudice.

Dated: August 5, 2013

Respectfully submitted,

*/s/ Melissa R. Smith*

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Melissa@gillamsmithlaw.com

Russell E. Levine, P.C.
Kristina N. Hendricks
Ron N. Sklar
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
russell.levine@kirkland.com
kristina.hendricks@kirkland.com
ron.sklar@kirkland.com

*Attorneys for Plaintiff*

William B. Nash
State Bar No. 14812200
Jason W. Whitney
State Bar No. 24066288
HAYNES AND BOONE, LLP
112 East Pecan Street, Suite 1200
San Antonio, TX 78205
Telephone: (210) 978-7000
Facsimile: (210) 978-7450
    E-mail: bill.nash@haynesboone.com
            jason.whitney@haynesboone.com

Adam Sencenbaugh
State Bar No. 24060584
HAYNES AND BOONE, LLP
600 Congress Ave., Suite 1300
Austin, Texas 78701
Telephone: (512) 867-8489

Facsimile: (512) 867-8606
E-mail: adam.sencenbaugh@haynesboone.com

*Attorneys for Defendants GN Netcom A/S, GN Netcom, Inc., and Hello Direct, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on the 5th day of August, 2013 per Local Rule CV-5(a)(3).

                                                   */s/ Melissa R. Smith*
                                                   Melissa R. Smith