IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| CALLPOD, INC., | § | |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § § | Case No. 2:11-CV-326-JRG-RSP |
| T TECHNOLOGY, INC., et al., | § § § | |
| Defendants. | § | |

## ORDER

The Magistrate Judge issued a Claim Construction Memorandum and Order resolving the parties' claim construction disputes concerning U.S. Patent No. 7,707,250. (Dkt. No. 130.) Before the Court is Defendants' Objections to and Motion for Reconsideration of the Claim Construction Order (Dkt. No. 133, filed August 5, 2013), and Plaintiff's Objections to the Magistrate Judge's Claim Construction Order (Dkt. No. 134, filed August 5, 2013). Having considered the parties' arguments, the Court finds that the objected to portions of the Magistrate Judge's claim construction memorandum and order are not clearly erroneous or contrary to law.

Therefore, **IT IS ORDERED** that: (1) Defendants' objections are **OVERRULED** and their motion for reconsideration (Dkt. No. 133) is **DENIED**; and (2) Plaintiff's objections are **OVERRULED**.

**So Ordered and Signed on this**

**Aug 15, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE