**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CALLPOD, INC., | § § | |
| v. | § § | Case No. 2:11-CV-326-JRG-RSP |
| T TECHNOLOGY, INC., et al., | § § | |

## ORDER

Before the Court is Plaintiff's Opposed Motion to Dismiss without Prejudice Defendants' Counterclaims and for Entry of Judgment and Costs (Dkt. No. 130). Defendants are directed to file their response, if any, no later than August 28, 2013.

**SIGNED this 22nd day of August, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE