# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **CALLPOD, INC.** <br><br> **Plaintiff,** <br><br><br> **v.** <br><br> **T TECHNOLOGY, INC., GN NETCOM A/S, GN NETCOM, INC., AND HELLO DIRECT, INC.** <br><br> **Defendants.** | CIVIL NO. 2:11-cv-326 |

## ORDER GRANTING JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE

The Court, having considered the Joint Stipulation and Motion for Dismissal with Prejudice, is of the opinion that the motion should be **GRANTED and it is hereby STIPULATED AND ORDERED that** the above-captioned action is dismissed with prejudice in its entirety and terminated, with each party to bear its own attorneys' fees and costs.

**SIGNED this 21st day of May, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE